IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

GARY JACKSON                                              PLAINTIFF

V.                                          NO. 5:18-CV-13-DCB-MTP

MONSANTO COMPANY, SOLUTIA, INC.,
PHARMACIA, LLC f/k/a PHARMACIA
CORPORATION, PFIZER, INC.,
TEXAS EASTERN TRANSMISSION CORPORATION,
TEXAS EASTERN TRANSMISSION, LP,
PANENERGY CORP., DUKE ENERGY CORPORATION,
SPECTRA ENERGY CORPORATION, and
JOHN DOES 1-100                                          DEFENDANTS

ORDER

On June 22, 2018, PanEnergy Corp., Duke Energy Corporation, and Spectra Energy Corp. moved the Court for dismissal for lack of personal jurisdiction. See Doc. 20.

On July 26, 2018, the parties entered a joint stipulation dismissing PanEnergy Corp., Duke Energy Corporation, and Spectra Energy Corp. without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See Doc. 31. That stipulation moots the motion to dismiss.

Accordingly,

IT IS ORDERED that PanEnergy Corp., Duke Energy Corporation, and Spectra Energy Corp.'s motion to dismiss **[Doc. 20]** is DENIED as moot.

SO ORDERED, this the 16th day of August, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE