IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

GARY JACKSON                                                    PLAINTIFF

V.                                          NO. 5:18-CV-13-DCB-MTP

MONSANTO COMPANY, SOLUTIA, INC.,
PHARMACIA, LLC f/k/a PHARMACIA
CORPORATION, PFIZER, INC.,
TEXAS EASTERN TRANSMISSION CORPORATION,
TEXAS EASTERN TRANSMISSION, LP,
PANENERGY CORP., DUKE ENERGY CORPORATION,
SPECTRA ENERGY CORPORATION, and
JOHN DOES 1-100                                                DEFENDANTS

ORDER AND OPINION

Before the Court is plaintiff Gary Jackson's second amended complaint **[Doc. 42]**, alleging claims according to the Mississippi Products Liability Act (MPLA) as allowed by this Court's Order **[Doc. 41]** within fourteen days of the Order's entry. Therefore, this Court DENIES Monsanto's motion to dismiss **[Doc. 16]**. Monsanto may re-urge its motion in accordance with Federal Rule of Civil Procedure 12(b)(6).

Accordingly,

IT IS ORDERED that Monsanto's motion to dismiss **[Doc. 16]** is DENIED.

SO ORDERED, this the 11th day of September, 2018.

    _/s/ David Bramlette_____
    UNITED STATES DISTRICT JUDGE